UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

Corsini, Louise Ann

Case No. 16-39964

Debtors(s)

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/20/2016. The undersigned trustee was appointed on 12/20/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | |
|---|---:|
| 4. The trustee realized gross receipts of        $ | 100,000.00 |
| Funds were disbursed in the following amounts: | |
| Payments made under an interim disbursement | 0.00 |
| Administrative Expenses | 0.00 |
| Bank Service Fees | 261.27 |
| Other Payments to Creditors | 0.00 |
| Non-Estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the Debtor | 0.00 |
| Other Payments to Debtor | 0.00 |
| Leaving a balance on hand of [1]        $ | 99,738.73 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/13/2017 and the deadline for filing governmental claims was 09/13/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $160.33. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $160.33, for a total compensation of $160.33. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00 for total expenses of $0.00

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date : 09/15/2017        By : /s/ Elizabeth C. Berg
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 16-39964  
Case Name: Corsini, Louise Ann  
Judge: Janet S. Baer  
Trustee Name: Elizabeth C Berg  
Date Filed (f) or Converted (c): 12/20/2016 (f)  
341(a) Meeting Date: 01/23/2017  
For Period Ending: 09/15/2017  
Claims Bar Date: 09/13/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. necessary wearing apparel | 75.00 | 0.00 | | 0.00 | FA |
| 2. checking STC Capital Bank | 669.00 | 0.00 | | 0.00 | FA |
| 3. 401k Merrill Lynch | 1,300.00 | 0.00 | | 0.00 | FA |
| 4. estimated federal tax refund federal | 4,000.00 | 0.00 | | 0.00 | FA |
| 5. 2004 Toyota Camry | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. household goods and furnishings | 100.00 | 0.00 | | 0.00 | FA |
| 7. 1 TV | 200.00 | 0.00 | | 0.00 | FA |
| 8. Post-petition Inheritance (u) | 0.00 | 100,000.00 | | 100,000.00 | FA |
| **TOTALS (Excluding Unknown Values)** | 9,344.00 | 100,000.00 | | 100,000.00 | **Gross Value of Remaining Assets** 0.00 |

Re Prop. #8   Upon a motion of the UST, the case was reopened on 6/9/17 [dkt 18] to administer an inheritance to which the Debtor became entitled within six (6) months of the commencement of this case

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**This case was originally closed as a no-asset case with no distribution to creditors. On 6/9/17 [dkt 18], the case was re-opened upon a motion of the UST for administration of the Debtor's interest in a post-petition inheritance. Trustee retained attorneys [dkt 24] to assist in her efforts to recover the inheritance. Trustee made demand upon Debtor for a turnover of the inheritance. Debtor cooperated and turned over the funds to the Trustee. Due to the extremely limited services rendered, Trustee's attorneys are not seeking compensation in this case.**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No:** 16-39964 | **Trustee Name:** Elizabeth C Berg |
| **Case Name:** Corsini, Louise Ann | **Date Filed (f) or Converted (c):** 12/20/2016 (f) |
| **Judge:** Janet S. Baer | **341(a) Meeting Date:** 01/23/2017 |
| **For Period Ending:** 09/15/2017 | **Claims Bar Date:** 09/13/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 09/30/2017      **Current Projected Date of Final Report(TFR) :**

**Trustee's Signature**   /s/Elizabeth C Berg          **Date:** 09/15/2017
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No:** | 16-39964 | | **Trustee Name:** | Elizabeth C Berg |
| **Case Name:** | Corsini, Louise Ann | | **Bank Name:** | Texas Capital Bank |
| | | | **Account Number/CD#:** | ******5302 Checking Account |
| **Taxpayer ID No:** | **-***2872 | | **Blanket bond (per case limit):** | 5,000,000.00 |
| **For Period Ending:** | 9/15/2017 | | **Separate bond (if applicable):** | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/05/2017 | [8] | Louise A. Corsini<br>570 Dean Drive<br>South Elgin, IL 60177 | Inheritance - Debtor's Mothers' Estate | 1229-000 | 100,000.00 | | 100,000.00 |
| 08/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 121.70 | 99,878.30 |
| 09/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 139.57 | 99,738.73 |

|  |  |  |
|---|---|---|
| Page Subtotals | 100,000.00 | 261.27 |
| **COLUMN TOTALS** | 100,000.00 | 261.27 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 100,000.00 | 261.27 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 100,000.00 | 261.27 |

| | | |
|---|---|---|
| All Accounts Gross Receipts: | 100,000.00 |
| All Accounts Gross Disbursements: | 261.27 |
| All Accounts Net: | 99,738.73 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5302 Checking Account | 100,000.00 | 261.27 | |

UST Form 101-7-TFR (5/1/2011) (Page 5)                                                                                       **Exhibit B**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-39964 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | Corsini, Louise Ann | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5302 Checking Account |
| Taxpayer ID No: | **-***2872 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/15/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | **Net Totals** | | 100,000.00 | 261.27 | 99,738.73 |

CLAIMS REGISTER

| Claim No. | Creditor | UTC | PAY SEQ. | Allowed | Paid to Date | Prop. Payment Prop. Interest (i) | Total Proposed Payment | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | Amount to Disburse | 99,738.73 |
|  | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago IL 60602 | 2100-000<br>ADMIN | 100 | 160.33 | 0.00 | 160.33 | 160.33 | 99,578.40 |
| ADMINISTRATIVE |  |  |  | 160.33 | 0.00 | 160.33 | 160.33 |  |
| 00001 | Capital One, N.A. c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355 | 7100-000<br>UNSEC | 710 | 217.99 | 0.00 | 217.99<br>1.74 (i) | 219.73 | 99,358.67 |
| 9999 | Corsini, Louise Ann<br>570 DEAN DR<br>SOUTH ELGIN IL 60177-1140 | 8200-002<br>SURPLUS | 999 | 99,358.67 | 0.00 | 99,358.67 | 99,358.67 | 0.00 |
| UNSECURED |  |  |  | 99,576.66 | 0.00 | 99,576.66<br>1.74 (i) | 99,578.40 |  |
| CASE TOTAL |  |  |  | 99,736.99 | 0.00 | 99,736.99<br>1.74 (i) | 99,738.73 |  |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution. Interest was calculated from 12/20/16 through 11/13/17 at a rate of 0.89 % (annualized simple interest).

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-39964
Case Name: Corsini, Louise Ann

Trustee Name: Elizabeth C Berg

Balance on Hand $99,738.73

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Elizabeth C. Berg, Trustee | $ 160.33 | $ 0.00 | $ 160.33 |

Total to be paid for chapter 7 administrative expenses $ 160.33
Remaining Balance $ 99,578.40

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $217.99 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Capital One, N.A. c/o Becket and Lee | $ 217.99 | $ 0.00 | $ 217.99 |
| Total to be paid to timely general unsecured creditors | | | | $ 217.99 |
| Remaining Balance | | | | $ 99,360.41 |

    Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 %, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.89% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1.74. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest

    The amount of surplus returned to the debtor after payment of all claims and interest is $99,358.67.