UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
Corsini, Louise Ann § Case No. 16-39964
§
Debtor(s) §
§

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $375.00 (Without deducting any secured claims) | Assets Exempt: $17,400.00 |
| Total Distributions to Claimants: $219.73 | Claims Discharged Without Payment: $77,001.00 |
| Total Expenses of Administration: $421.60 | |

3) Total gross receipts of $100,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $99,358.67 (see **Exhibit 2**), yielded net receipts of $641.33 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $421.60 | $421.60 | $421.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $77,178.00 | $217.99 | $217.99 | $219.73 |
| **TOTAL DISBURSEMENTS** | $77,178.00 | $639.59 | $639.59 | $641.33 |

4) This case was originally filed under chapter 7 on 12/20/2016. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated : 12/08/2017          By : /s/ Elizabeth C Berg
                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Post-petition Inheritance | 1229-000 | $100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$100,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Corsini, Louise Ann | Disb of 100.00% to Claim #9999 | 8200-002 | $99,358.67 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$99,358.67** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $160.33 | $160.33 | $160.33 |
| Texas Capital Bank | 2600-000 | NA | $261.27 | $261.27 | $261.27 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$421.60** | **$421.60** | **$421.60** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001 | Capital One, N.A. c/o Becket and | 7100-000 | $177.00 | $217.99 | $217.99 | $217.99 |
| 00001 | Capital One, N.A. c/o Becket and | 7990-000 | $0.00 | NA | NA | $1.74 |
| | ATG Credit | | $75.00 | NA | NA | $0.00 |
| | Global Credit & Collection Corp. | | $59,566.00 | NA | NA | $0.00 |
| | Harris & Harris | | $75.00 | NA | NA | $0.00 |
| | Illinois Collection Service | | $35.00 | NA | NA | $0.00 |
| | Linebarger Goggan Blair | | $698.00 | NA | NA | $0.00 |
| | McCarthy Burgess Wolfe | | NA | NA | NA | $0.00 |
| | MCSI | | $200.00 | NA | NA | $0.00 |
| | Medical Recovery Specialists, | | $120.00 | NA | NA | $0.00 |
| | Midland Funding | | $625.00 | NA | NA | $0.00 |
| | Municipal Collections | | $200.00 | NA | NA | $0.00 |
| | NCO Financial Systems | | $258.00 | NA | NA | $0.00 |
| | Raymond Cottin | | $15,000.00 | NA | NA | $0.00 |
| | Recovery Partners | | $149.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $77,178.00 | $217.99 | $217.99 | $219.73 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 16-39964 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | Corsini, Louise Ann | | | Date Filed (f) or Converted (c): | 12/20/2016 (f) |
| | | | | 341(a) Meeting Date: | 01/23/2017 |
| For Period Ending: | 12/08/2017 | | | Claims Bar Date: | 09/13/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. necessary wearing apparel | 75.00 | 0.00 | | 0.00 | FA |
| 2. checking STC Capital Bank | 669.00 | 0.00 | | 0.00 | FA |
| 3. 401k Merrill Lynch | 1,300.00 | 0.00 | | 0.00 | FA |
| 4. estimated federal tax refund federal | 4,000.00 | 0.00 | | 0.00 | FA |
| 5. 2004 Toyota Camry | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. household goods and furnishings | 100.00 | 0.00 | | 0.00 | FA |
| 7. 1 TV | 200.00 | 0.00 | | 0.00 | FA |
| 8. Post-petition Inheritance (u) | 0.00 | 100,000.00 | | 100,000.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 9,344.00 | 100,000.00 | | 100,000.00 | 0.00 |

Re Prop. #8   Upon a motion of the UST, the case was reopened on 6/9/17 [dkt 18] to administer an inheritance to which the Debtor became entitled within six (6) months of the commencement of this case

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**September 30, 2017:  This case was originally closed as a no-asset case with no distribution to creditors.  On 6/9/17 [dkt 18], the case was re-opened upon a motion of the UST for administration of the Debtor's interest in a post-petition inheritance.  Trustee retained attorneys [dkt 24] to assist in her efforts to recover the inheritance.  Trustee made demand upon Debtor for a turnover of the inheritance.  Debtor cooperated and turned over the funds to the Trustee.  Due to the extremely limited services rendered, Trustee's attorneys are not seeking compensation in this case. TR final report approved 10-20-2017; TR will proceed to distribute and close case by 12-31-2017.**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 16-39964 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: Corsini, Louise Ann | | Date Filed (f) or Converted (c): 12/20/2016 (f) |
| | | 341(a) Meeting Date: 01/23/2017 |
| For Period Ending: 12/08/2017 | | Claims Bar Date: 09/13/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 09/30/2017     **Current Projected Date of Final Report(TFR) :**

**Trustee's Signature**     /s/Elizabeth C Berg     **Date:** 12/08/2017
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-39964 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | Corsini, Louise Ann | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5302 Checking Account |
| Taxpayer ID No: | **-***2872 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 12/8/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/05/2017 | [8] | Louise A. Corsini<br>570 Dean Drive<br>South Elgin, IL 60177 | Inheritance - Debtor's Mothers' Estate | 1229-000 | 100,000.00 | | 100,000.00 |
| 08/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 121.70 | 99,878.30 |
| 09/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 139.57 | 99,738.73 |
| 10/24/2017 | 51001 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Compensation | 2100-000 | | 160.33 | 99,578.40 |
| 10/24/2017 | 51002 | Corsini, Louise Ann<br>570 DEAN DR<br>SOUTH ELGIN, IL 60177-1140 | Disb of 100.00% to Claim #9999<br>Debtor Refund | 8200-002 | | 99,358.67 | 219.73 |
| 10/24/2017 | 51003 | Capital One, N.A. c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | Disb of 100.80% to Claim #00001 | | | 219.73 | 0.00 |
| | | | | (217.99) | 7100-000 | | |
| | | | | (1.74) | 7990-000 | | |
| | | | | Page Subtotals | 100,000.00 | 100,000.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-39964 | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|
| Case Name: | Corsini, Louise Ann | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5302 Checking Account |
| Taxpayer ID No: | **-***2872 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 12/8/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | | |
|---|---|---|
| **COLUMN TOTALS** | 100,000.00 | 100,000.00 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 100,000.00 | 100,000.00 |
| Less: Payments to Debtors | | 99,358.67 |
| **Net** | 100,000.00 | 641.33 |

| | | |
|---|---|---|
| All Accounts Gross Receipts: | 100,000.00 |
| All Accounts Gross Disbursements: | 100,000.00 |
| All Accounts Net: | 0.00 |

| **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
|---|---|---|---|
| ******5302 Checking Account | 100,000.00 | 100,000.00 | |
| **Net Totals** | 100,000.00 | 100,000.00 | 0.00 |